## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADT SERVICES A.G., <u>and</u> )<br>ADT SECURITY SERVICES, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CENCOM, INC, )<br>   d/b/a SAVE ON MY ALARM, and/or )<br>   d/b/a SAVEONMYALARM.COM, and/or )<br>   d/b/a SAVEONMYALARM2.COM, and/or )<br>   d/b/a SAFEGUARD AMERICA, and/or )<br>   d/b/a ALARM SERVICES, and/or )<br>   d/b/a AMERITOUCH, and/or )<br>   d/b/a SAFEGUARD SECURITY<br>       SYSTEMS, and/or )<br>   d/b/a CENCOM MONITORING SERVICE )<br>)<br><u>and</u> )<br>)<br>RONALD H. CATS, individually )<br>   d/b/a SAVE ON MY ALARM, and/or )<br>   d/b/a SAVEONMYALARM.COM, and/or )<br>   d/b/a SAVEONMYALARM2.COM, and/or )<br>   d/b/a SAFEGUARD AMERICA, and/or )<br>   d/b/a ALARM SERVICES, and/or )<br>   d/b/a AMERITOUCH, and/or )<br>   d/b/a SAFEGUARD SECURITY<br>       SYSTEMS, and/or )<br>   d/b/a CENCOM MONITORING SERVICE )<br>)<br>Defendants. ) | Civil Action No. 09-cv-00740 (WY)<br><br>**JURY TRIAL DEMANDED**<br><br>FILED |

### STIPULATED PERMANENT INJUNCTION

AND NOW, this _18th_ day of _June_, 2009, pursuant to the Settlement Agreement entered into by and between Plaintiff ADT Services A.G. ("ADT"), Plaintiff ADT Security Services, Inc. ("ADT Security"), Defendant Cencom, Inc. ("Cencom") and Defendant Ronald H. Cats ("Cats") (collectively, the "Parties"), and upon consideration of

the Parties' consent to the entry of this Stipulated Permanent Injunction, it is hereby ORDERED and DECREED that a Stipulated Permanent Injunction shall issue on the following terms:

1. ADT owns rights in and to various ADT® marks in the United States, including, but not limited to, the following trademarks registered with the United States Patent and Trademark Office: Registration Nos. 710,708; 3,445,423; and 3,485,321 (the "Registered Marks").

2. ADT Security is a Licensee of the Registered Marks.

3. Cencom and Cats, including any affiliates, operating divisions, parent corporations, subsidiaries, directors, officers, agents, employees, representatives, and all persons acting on their behalf, are permanently enjoined from:

   a. using the Registered Marks, or any marks confusingly similar thereto, in connection with the advertising, promotion, or sale (*e.g.*, banner advertisements, websites, promotional materials, *etc.*) of any goods and services, including, but not limited to, alarm products and alarm monitoring services;

   b. using the Registered Marks, or any marks confusingly similar thereto, in connection with any present and/or future websites, including, but not limited to, www.adtipalarm.com, www.saveonmyalarm2.shoppingcartsplus.com, and http://www.alarmaffiliate.shoppingcartsplus.com/page/page/2514990.htm;

   c. using the Registered Marks, or any marks confusingly similar thereto, in any present and/or future Domain Names, including, but not limited to, www.adtipalarm.com;

  d. using the Registered Marks, or any marks confusingly similar thereto, in metatags associated with any present and/or future websites, including, but not limited to, www.adtipalarm.com, www.saveonmyalarm2.shoppingcartsplus.com, and http://www.alarmaffiliate.shoppingcartsplus.com/page/page/2514990.htm;

  e. using or making any statements that suggest or imply any association, sponsorship, connection, affiliation or relationship with ADT and/or ADT Security;

  f. bidding on paid search keywords/sponsored-links/AdWords, from any paid search providers such as Google or Yahoo, that include the Registered Marks, or any marks confusingly similar thereto; and

  g. using the Registered Marks, or any marks confusingly similar thereto, in any paid search keyword and/or paid search ad copy advertising programs.

 4. This action shall be dismissed without prejudice upon entry of this Order, but the Court will retain jurisdiction to enforce the terms of this Order and the Settlement Agreement.

| | |
|---|---|
| *[signature]*<br>Ronald H. Cats<br>8525 120th Avenue NE<br>Suite 301<br>Kirkland, Washington, 98033<br>Phone: 305.735.2580<br>Email: ron.cats@ulcenter.com<br><br>Cencom, Inc.<br>8525 120th Avenue NE<br>Suite 301<br>Kirkland, Washington, 98033<br><br>*Defendants* | M. Kelly Tillery (PA No. 30380)<br>Bryan T. Giles (PA No. 200344)<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>Phone: 2.5.981.4000<br>Email: tilleryk@pepperlaw.com<br>        gilesb@pepperlaw.com<br><br>*Counsel for Plaintiffs* |

**SO ORDERED:**

*[signature]*
Judge William H. Yohn

4